**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-7510**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES LATRON SUMTER, a/k/a T,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:18-cr-00772-RBH-1)

———————

Submitted:  January 20, 2022                    Decided:  January 25, 2022

———————

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Latron Sumter, Appellant Pro Se.  Everett E. McMillian, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Latron Sumter appeals the district court's order denying his motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review of the record, we discern no abuse of discretion in the district court's determination that the pertinent 18 U.S.C. § 3553(a) factors weighed against compassionate release. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (providing standard of review and outlining steps for evaluating compassionate release motions), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*